IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 7:25-cv-1447

| | | |
|---|---|---|
| JOSHUA R. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| TRUIST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

Ian E. Vance, being first duly sworn, deposes and says:

1. I am a citizen and resident of the State of North Carolina, am above the age of twenty- one (21) years and am not subject to any legal disabilities. I make the following statements on my own personal knowledge. I am an attorney for the law firm representing the Plaintiffs in this matter.

2. On September 16, 2025, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I deposited a filed copy of the Civil Summons and Complaint to the United States Postal Service, via Certified Mail, Return Receipt Requested. This was addressed to Truist Bank, c/o Corporation Service Company, Registered Agent, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608.

3. Process was in fact served on Truist Bank and received on September 22, 2025, as evidenced by the Proof of Service attached hereto as **Exhibit A**.

Further Affiant sayeth not.

This the 22nd day of September, 2025.

Ian E. Vance

I

Sworn and subscribed before me this the 22nd day of September, 2025.

_Christina D. Morgan_
Notary Public

_Christina G. Morgan_
Printed Name

My commission expires: _8/11/27_

SEAL

CHRISTINA G MORGAN
NOTARY
MY
COMMISSION EXPIRES
8/11/2027
PUBLIC
WAKE COUNTY, N.C.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, the foregoing **Affidavit of Service** was filed

through the Court's CM/ECF system on all parties having entered an appearance in this matter.

/s/ Ian E. Vance
IAN E. VANCE

*Counsel for Plaintiff*

3