



PLAINTIFF'S EXHIBIT A

September 22, 2025

Dear Rachel Mosser:

The following is in response to your request for proof of delivery on your item with the tracking number: 9414 8111 0549 5887 1165 68.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 22, 2025, 11:20 am |
| **Location:** | RALEIGH, NC 27608 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Truist Bank c o Corporation Service Company RA |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.3oz |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[line]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

### U.S. Postal Service Certified Mail Receipt

ARTICLE NUMBER: 9414 8111 0549 5887 1165 68

ARTICLE ADDRESSED TO:

Truist Bank
c/o Corporation Service Company, RA
2626 Glenwood Ave Ste 550
Raleigh NC 27608-1370

**FEES**
Postage Per Piece 1.32
Certified Fee 5.30
Total Postage & Fees: $9.44

Postmark Here

*Stewart*
9/16